**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03112-CMA-MEH

STANDARD INSURANCE COMPANY,

    Plaintiff,

v.

CHERRYL WORKMAN, as Guardian ad Litem for the minor child Jenna Cochran,
STEPHANIE COCHRAN, individually, and
THOMAS TANNER, as personal representative of the Estate of Douglas C. Cochran,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice executed and filed by the Defendants and being otherwise advised in the premises, ORDERS that this matter is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorney fees and costs.

THE COURT FURTHER ORDERS that the Clerk of the Court shall make payments from the funds interplead by Standard Insurance Company in this action as follows:

- $10,000 will be paid to "Stephanie Cochran" and that check sent by U.S. Mail to Stephanie Cochran, c/o Greg J. Ortiz, Ham & Ortiz, LLC, 200 Plaza Drive, Suite 110, Highlands Ranch, Colorado 80129;

- o   $7,500 will be paid to "Greg J. Ortiz" and that check mailed to the above address of Greg Ortiz; and
- o   The remainder will be made payable to "Michael S. Krieger, LLC," for placement in the Coltaf trust account of Michael S. Krieger, LLC, in payment for the annuity referenced in the Final Settlement Agreement executed by the Parties. This check shall be mailed to the office of Michael S. Krieger, LLC, 165 South Union Blvd., #555, Lakewood, Colorado, 80228.

DATED:  April   06  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge